CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of Trustees
for the Carpenters Southwest Trusts

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br>vs.<br><br>ALL PHASE CONSTRUCTION, LLC, a New Mexico Domestic Limited Liability Company, LEVI JUDE RAEL, also known as LEVI J. RAEL ; and DOES 1 through 10, inclusive,<br>    Defendants. | Case No. 2:19-cv-07656-MWF (JEMx)<br><br>ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALL PHASE CONSTRUCTION, LLC, a New Mexico Domestic Limited Liability Company<br><br>Before The Honorable<br>  Michael W. Fitzgerald |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

- 1 -

("PLAINTIFFS), have judgment against defendant ALL PHASE CONSTRUCTION, LLC, a New Mexico Domestic Limited Liability Company, only, as follows:

That judgment be entered in favor of PLAINTIFFS for damages in the amount of $72,311.39 against defendant ALL PHASE CONSTRUCTION, LLC, a New Mexico Domestic Limited Liability Company.

Interest at the legal rate will accrue from the date the judgment is entered.

The OSC as to defendant Levi Jude Rael is vacated.

Dated: March 2, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE